IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUSSELL OUTZ, | ) | |
| Plaintiff, | ) | 4:01cv3090 |
| v. | ) | |
| NOVARTIS CONSUMER HEALTH, INC., | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by February 17, 2006, file their Report of Parties' Planning Conference.

DATED January 31, 2006.

/s/ *David L. Piester*
United States Magistrate Judge