IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUSSELL OUTZ, | ) | Case No. 4:01CV3090 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NOVARTIS CONSUMER HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's "Unopposed Motion for Extension of Time to File Report of Parties' Planning Conference", filing 124, is granted, and the deadline for filing the parties' Report of Planning Conference is extended to March 10, 2006.

DATED this 13th day of February, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

OM-213037-1