IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RUSSELL OUTZ,                     )
                                 )
            Plaintiff,           )            4:01CV3090
                                 )
        v.                       )
                                 )
NOVARTIS CONSUMER HEALTH,        )            ORDER
INC.,                            )
                                 )
            Defendant.           )
_____      )

        IT IS ORDERED:

        Counsel's letter agreement is approved and plaintiff's Rule
26(a)(2) disclosures shall be due June 9, 2006 and plaintiff's
expert reports also shall be provided by June 9, 2006.

        DATED this 25th day of May, 2006.

                         BY THE COURT:

                         s/ *David L. Piester*

                         David L. Piester
                         United States Magistrate Judge