IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
RUSSELL OUTZ,                        )
                                     )
               Plaintiff,            )      4:01 CV 3090
                                     )
     v.                              )
                                     )
                                     )
NOVARTIS CONSUMER HEALTH, INC.,      )      ORDER
                                     )
               Defendant.            )
```

At the conference held with counsel this date pursuant to Fed. R. Civ. P. 16, counsel updated the court on the status of the case and particularly their settlement efforts. They report that they intend to settle the case, if settlement is possible, by July 14, 2006. If for any reason they have not settled the case by that date, they will hire a mediator and advise the court.

IT THEREFORE HEREBY IS ORDERED: A telephone conference with counsel shall convene at 10:00 on July 18, 2006 for the purpose of hearing counsel's reports on the status of the case. Plaintiff's counsel shall place the call.

DATED June 15, 2006

BY THE COURT:

_s/ David L. Piester_
United States Magistrate Judge