IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUSSELL OUTZ, | ) | 4:01CV3090 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NOVARTIS CONSUMER | ) | |
| HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Defendant's motion to dismiss (filing 133) is denied.

2. Pursuant to the court's settlement order (filing 134), this action will be subject to dismissal without prejudice unless the parties file a joint stipulation for dismissal on or before December 8, 2006.

December 4, 2006.                     BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge