IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL OUTZ, ) | 4:01CV3090 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| NOVARTIS CONSUMER HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |

Pursuant to the parties' joint stipulation (filing 136) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay his or its own fees and costs.

December 8, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge